UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22439-BLOOM

PLEADRO J. SCOTT,

    Petitioner,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

### ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

**THIS CAUSE** is before the Court on Petitioner's Motion for Leave to Proceed *In Forma Pauperis* on Appeal, ECF No. [76]. For the following reasons, the Motion is denied.

In its April 11, 2023 Order on Petitioner's Second Amended Petition for Writ of Habeas Corpus, the Court considered the factors set out in 28 U.S.C. § 2253 and denied the issuance of a certificate of appealability. *See* ECF No. [70] at 25. The Court further concluded that, "[b]ecause there are no issues with arguable merit, an appeal would not be taken in good faith, and thus, Petitioner is not entitled to appeal *in forma pauperis*." *Id.* Nothing has changed.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Leave to Appeal *In Forma Pauperis*, **ECF No. [76]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 14, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Case No. 21-cv-22439-BLOOM

Counsel of Record

Pleadro J. Scott
198737
Taylor Correctional Institution
Inmate Mail/Parcels
8501 Hampton Springs Road
Perry, FL 32348
PRO SE