UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22439-BLOOM

PLEADRO J. SCOTT,

    Petitioner,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER ON OBJECTION TO ORDER DENYING MOTION
TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

**THIS CAUSE** is before the Court on a *sua sponte* review of Petitioner's Objection to Order DE 76 Denying Permission for Leave to Proceed on Appeal in *In Forma Pauperis*, ECF No. [78] ("Objection"). The Court construes the Objection as a motion for reconsideration. *See Bingham v. Thomas*, 654 F.3d 1171, 1175 (11th Cir. 2011) (quoting *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998)) ("'Pro se pleadings are held to a less stringent standard than pleadings drafted by attorneys' and are liberally construed."). In its June 15, 2023 Order, ECF No. [77], the Court denied the issuance of a certificate of appealability. In his Objection, Petitioner fails to set forth a legal or factual basis warranting the Court's reconsideration of its June 15, 2023 Order.

Accordingly, it is **ORDERED AND ADJUDGED** that the Objection, **ECF No. [77]**, is **DENIED**.

Case No. 21-cv-22439-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 6, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Pleadro J. Scott
198737
Taylor Correctional Institution
Inmate Mail/Parcels
8501 Hampton Springs Road
Perry, FL 32348
PRO SE